**Order filed March 12, 2019**



In The

# Fourteenth Court of Appeals
————————

### NO. 14-19-00039-CV
————————

### In the Interest of E.C.S., A.M.B., T.J.B., and K.M.S., children

---

**On Appeal from the County Court
Grimes County, Texas
Trial Court Cause No. 34,344-CCL**

---

## ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. Appellant's brief was originally due February 12, 2019. On February 13, 2019 this court ordered appellant's attorney Michael Casaretto to file the brief on or before February 25, 2019. On February 26, 2019 when no brief had been filed this court ordered the trial court to hold a hearing to determine (1) the reason for the failure to file a brief, (2) whether appellant desired to continue the appeal, and (3) if appellant desired to continue the appeal a date certain when appellant's brief would be filed. This court's order instructed that if counsel filed a brief before the date of the requested hearing the trial court would not need to hold a hearing. Still, no brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). This accelerated schedule requires greater compliance with briefing deadlines.

The trial court held a hearing at which appellant's counsel stated appellant wanted to pursue the appeal. As reason for failure to file the brief counsel claimed he received no communication from this court informing him when the brief was due. As to when a brief could be filed counsel claimed he could file a brief within three to four weeks.

Therefore, we order appellant's appointed counsel Michael Casaretto, to file appellant's brief no later than **April 1, 2019.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court will require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM